UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Aladdin Dinaali,

    Plaintiff

v.

Robert G. Luna, et al.,

    Defendants

Case No.: 2:24-cv-01329-JAD-EJY

**Order Adopting
Report & Recommendation to Dismiss
Official-Capacity Claims with Prejudice**

[ECF No. 5]

    On August 19, 2024, the magistrate judge screened Plaintiff Aladdin Dinaali's complaint, ordered that some claims be dismissed with leave to amend, and recommended that Dinaali's official-capacity claims against Sheriff Luna and California Secretary of State Webber be dismissed with prejudice as bared by the Eleventh Amendment to the United States Constitution.[1] Any objection to that recommendation was due by September 3, 2024, but Dinaali neither objected nor moved to extend the time to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[2]

    IT IS THEREFORE ORDERED THAT the Report and Recommendation **[ECF No. 5] is ADOPTED**; plaintiff's claims against Sheriff Luna and California Secretary of State Webber in their official capacities are **DISMISSED with prejudice**, and the Clerk of Court is directed to terminate these defendants from this case.

_____
U.S. District Judge Jennifer A. Dorsey
August 4, 2024

---

[1] ECF No. 5.

[2] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).