UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALADDIN DINAALI<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT G. LUNA, SHIRLEY N. WEBBER, INTERLACED SOCIAL LLC, a Delaware corporation, PROSPERA LAW LLP, a California corporation,<br><br>　　　　Defendants. | Case No. 2:24-cv-01329-JAD-EJY<br><br>**ORDER** |

　　　On August 19, 2024, the Court granted Plaintiff's application to proceed *in forma pauperis* ("IFP") and provided her through and including September 6, 2024 to file an amended complaint alleging facts establishing subject matter jurisdiction over her claims and personal jurisdiction over the defendants she seeks to sue. ECF No. 5. On September 5, 2024, Plaintiff filed a Motion seeking to extend the time to file an amended complaint, stating the extension of time is needed to resolve issues relating to Defendant Interlaced Social LLC "avoiding service … [and] threatening Plaintiff with retaliation" and that additional parties are likely to be added. ECF No. 7.

　　　Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Motion to Extend Time to File Amended Complaint (ECF No. 7) is GRANTED.

　　　IT IS FURTHER ORDERED that Plaintiff **must** file her Amended Complaint no later than **October 10, 2024.**

　　　Dated this 10th day of September, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1